**B. K. ELLIOTT COMPANY, The Brost Pattern & Casting Co., Elyria Hardware Co., Fort Pitt Lithographing Co., Globe Tool Co., The Severance Tool Mfg. Co., O'Neill & Laughlin; and Hull, Brock & West v. ROMEC PUMP COMPANY.**

No. 8594.

Circuit Court of Appeals, Sixth Circuit.

May 9, 1940.

For opinion below, see D.C., 31 F.Supp. 389.

Hugh Wells, H. R. Teschner, and W. J. O'Neill, all of Cleveland, Ohio, for appellants.

William H. Hill, of Lakewood, Ohio, and Squire, Sanders & Dempsey, of Cleveland, Ohio, for appellee.

PER CURIAM.

Pursuant to stipulation of counsel, it is ordered that the appeal herein be and the same is dismissed at the cost of appellee, the costs to include $983.30 as the cost of printing record on appeal.

**George B. CLIFFORD, Jr., Petitioner, v. Guy T. HELVERING, Commissioner of Internal Revenue.**

No. 11431.

Circuit Court of Appeals, Eighth Circuit.

April 29, 1940.

F. H. Stinchfield and Thomas P. Helmey, both of Minneapolis, Minn., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Decision of Board of Tax Appeals affirmed in conformity with opinion (filed February 26, 1940) and mandate of Supreme Court, 60 S.Ct. 554, 84 L.Ed. ——, and petition to review dismissed without taxation of costs in favor of either party in this Court. Former opinion of Circuit Court of Appeals, 8 Cir., reported 105 F.2d 586.

**Earl ELLIS, Appellant, v. The CONNECTICUT MUTUAL LIFE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Appellee.**

No. 8535.

Circuit Court of Appeals, Sixth Circuit.

May 15, 1940.

Elmer McClain, of Lima, Ohio, for appellant.

Harry T. Ice, of Indianapolis, Ind., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Comes the appellee by its attorneys and confesses error in the judgment of the District Court entered November 25, 1939, and consents that the same should be reversed, and it appearing that the order appealed from which granted appellee's motion to vacate proceedings, order staying sale and for leave to proceed with foreclosure, was erroneous, in view of the decision by the Supreme Court in the case of John Hancock Mutual Life Insurance Company v. Bartels, 308 U.S. 180, 60 S.Ct. 221, 84 L.Ed. ——, it is therefore set aside and the case remanded for further proceedings consistent herewith.

Appellee will pay all the costs of this appeal.